# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **NATASHA PERRY**, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:25-cv-00822-CAB ) ) Judge Christopher A. Boyko ) |
| vs. | ) ) ) **DISMISSAL** ) **WITHOUT PREJUDICE** |
| **AMAZON.COM SERVICES LLC**, | ) ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action, in its entirety, without prejudice.

<div style="display:flex">

So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

</div>

Respectfully Submitted,

*/s/ Hans A. Nilges*
Hans A. Nilges (0076017)
**NILGES DRAHER LLC**
7034 Braucher Street, N.W., Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com

Robi J. Baishnab (0086195)
**NILGES DRAHER LLC**
1360 E. 9th St., Ste. 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

Don J. Foty
(*will apply for admission pro hac vice*)
**FOTY LAW GROUP**
Texas Bar No. 24050022
5625 Cohn Meadow Lane
Houston, TX 77007
Telephone: (832) 865-9900
Email: dfoty@fotylawgroup.com

*Counsel for Plaintiffs*

1